IN RE: Donald Stuart KOONTZ, Petitioner.

No. 17-1480

United States Court of Appeals, Fourth Circuit.

Submitted: May 25, 2017

Decided: May 31, 2017

Donald Stuart Koontz, Petitioner Pro Se.

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Stuart Koontz petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Koontz's motion on April 28, 2017. Accordingly, because the district court has recently decided Koontz's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*